IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>ERIC CHRISTIANSON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-1422 FVS LJO<br><br>**ORDER TO SEVER PLAINTIFF'S CLAIMS AND ON FILING FEE** |

       The United States District Court, District of Maryland recently transferred this action to this Court. Plaintiff Allen Richardson ("plaintiff") proceeds pro se and filed in this action several "civil complaints" which this Court construes as two separate legal actions. F.R.Civ.P. 21 provides that "parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just," and "any claim against a party may be severed and proceeded with separately." F.R.Civ.P. 21 applies when claims asserted by or against the joined parties do not arise out of the same transaction or occurrence or do not present a common question of law or fact. *See* F.R.Civ.P. 20(a); *Pan Am Airways v. United States Dist. Ct.*, 523 F.2d 1073, 1080 (9th Cir. 1975). Courts have broad discretion regarding severance. *Davis v. Mason County*, 927 F.2d 1473, 1479 (9th Cir. 1991).

       Plaintiff's claims against defendants B. Garcia and R. Soltero do not arise out of the same transaction or occurrence and do not present a common question of law or fact as plaintiff's claims

1

against the other defendants, Eric Christianson, Heather Robinson Daniels and B. O'Neill. As such, the claims against defendants B. Garcia and R. Soltero should be severed from those against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill.

On the basis of good cause, this Court:

1. ORDERS that plaintiff shall proceed in this case number CV F 05-1422 FVS LJO against only defendants B. Garcia and R. Soltero;

2. SEVERS plaintiff's claims against B. Garcia and R. Soltero from plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill;

3. DIRECTS this Court's clerk to:

   a. Open a single, separate civil action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill;

   b. Assign the new action to the district judge and magistrate judge assigned to this case number CV F 05-1422 FVS LJO and to make appropriate adjustment in the assignment of civil cases to compensate for such assignment;

   c. File and docket a copy of this order in the new action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill;

   d. File plaintiff's "civil complaints" in the new action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill; and

   e. Serve plaintiff an endorsed copy of his "civil complaints" bearing the case number in the new action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill; and

4. ORDERS plaintiff, no later than December 7, 2005, to pay the $250 filing fee for this case number CV F 05-1422 FVS LJO and the new action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill, or alternatively, to submit fully completed in forma pauperis applications to demonstrate he is entitled to proceed without prepayment of fees in this case number CV F 05-1422 FVS LJO and the new action for plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill.

1  **Failure to timely comply with this order will result in a recommendation to dismiss this**
2  **action. This Court will take no action on plaintiff's claims until plaintiff complies with this order.**
3  IT IS SO ORDERED.
4  **Dated:   November 17, 2005**               /s/ Lawrence J. O'Neill
   66h44d                                   UNITED STATES MAGISTRATE JUDGE