UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>　　　　　Defendants. | No. CV-05-1422-FVS-LJO<br>No. CV-05-1424-AWI-LJO<br><br>**ORDER** |

　　The Court, being fully advised, now therefore,

　　**IT IS HEREBY ORDERED** that CV-05-1422-FVS-LJO and CV-05-1424-AWI-LJO shall be deemed **RELATED** and are reassigned to **Judge Fred Van Sickle and Magistrate Judge Lawrence J. O'Neill.** The case numbers shall be changed to reflect this reassignment.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the pro se Plaintiff, Judge Anthony W. Ishii and Magistrate Judge Lawrence J. O'Neill.

　　**DATED** this <u>1st</u> day of December, 2005.

　　　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　　　United States District Judge

ORDER - 1