FILED

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON, | CASE NO. CV-F-05-1422 FVS LJO |
| Plaintiff, | **ORDER TO ADOPT AMENDED FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| B. GARCIA, et al., | |
| Defendants. / | |

### BACKGROUND

Plaintiff Allen Richardson ("plaintiff") proceeds pro se in this action. The United States District Court, District of Maryland transferred to this Court this action in which plaintiff filed "civil complaints" against five defendants. The magistrate judge issued his November 22, 2005 order ("November 22 order") to sever plaintiff's claims against defendants B. Garcia and R. Soltero from plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill. Plaintiff's claims against defendants Eric Christianson, Heather Robinson Daniels and B. O'Neill proceed in this Court's case number CV F 05-1478 OWW DLB.

The November 22 order required plaintiff, no later than December 7, 2005, to the pay the $250 filing fee for this action or to submit a fully completed in forma pauperis application to demonstrate he is entitled to proceed without prepayment of fees. The magistrate judge issued his December 9, 2005 findings and recommendations to dismiss this action without prejudice on grounds that plaintiff failed to comply with the November 22 order and failed to timely submit the $250 filing fee or an application

to proceed without prepayment of fees. On December 12, 2005, plaintiff belatedly filed his application to proceed without prepayment of fees. The magistrate judge overlooked plaintiff's delay to file his application, vacated his December 9, 2005 findings and recommendations, and granted plaintiff's application to proceed without prepayment of fees for this action only.

In his complaint in this action, plaintiff attempts to allege claims against defendants B. Garcia and R. Soltero (collectively "defendants") who apparently appeared as public defenders for plaintiff in connection with his March 21, 2003 charge of solicitation of prostitution. Plaintiff appears to take issue with defendants' advice to plead guilty.

The magistrate judge issued his <u>January 4, 2006 amended findings and recommendations</u> to dismiss this action without prejudice on grounds that the complaint fails to satisfy pleading requirements, fails to state viable claims against defendants, and an attempt at amendment is unwarranted based on the complaint's deficiencies and plaintiff's apparent attempt to vex defendants. Plaintiff filed no timely objections to the amended findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's January 4, 2006 findings and recommendations;
2. DISMISSES this entire action without prejudice on grounds that the complaint fails to satisfy pleading requirements, fails to state viable claims against defendants, and an attempt at amendment is unwarranted based on the complaint's deficiencies and plaintiff's apparent attempt to vex defendants; and
3. DIRECTS this Court's clerk to enter this order and to close this action.

DATED this  20th   day of January, 2006.


s/ Fred Van Sickle
Fred Van Sickle
United States District Judge